IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

AF Holdings, LLC

        Plaintiff         Case No: 2:11-cv-383-RBS-TEM

v.

John Does 1-77

        Defendants

DECLARATION

Pursuant to the Court's Order to Show Cause, the Plaintiff produces the following documents in support of the previously filed complaint:

1. "Exhibit A" which is the list of IP addresses inadvertently omitted from the initial filing of the Complaint in this matter.
2. "Exhibit B" which is the copyright registration for the intellectual property in question.
3. "Exhibit C" which is the assignment agreement between Heartbreaker Productions, Inc and AF Holdings, LLC.

        Respectfully Submitted,

        By:/s/_____
        Timothy V. Anderson
        Counsel for the Plaintiff

Timothy V. Anderson
Anderson & Associates, PC
2492 North Landing Rd, Ste 104
Virginia Beach, VA 23456
(757) 301-3636 Tel
(757) 301-3640 Fax
VSB43803
Counsel for the Plaintiff