# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-725-120

Effective date of registration:

March 25, 2011

---

## Title
**Title of Work:** Sexual Obsession

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** March 14, 2011     **Nation of 1st Publication:** United States

## Author
- **Author:** Heartbreaker Films
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Heartbreaker Films
26873 Sierra Hwy, #141, Santa Clarita, CA, 91321, United States

## Certification
**Name:** Peter Hansmeier
**Date:** March 23, 2011