UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



AF HOLDINGS L.L.C.,

        Plaintiff,

v.                        CIVIL NO. 2:11cv383

JOHN DOES 1-77,

        Defendants.

### ORDER

This matter comes before the court on the court's sua sponte Order, filed July 14, 2011, directing the plaintiff to show cause why the case should not be dismissed for lack of standing. The plaintiff replied on July 15, 2011, attaching (1) the list of internet protocol addresses of the John Doe defendants; (2) a copy of the copyright Certificate of Registration for the film "Sexual Obsession;" and (3) a copy of the Copyright Assignment Agreement for "Sexual Obsession." The plaintiff filed an additional memorandum in response on July 18, 2011.

However, contrary to the plaintiff's argument in its memorandum in response, as well as the copy of the copyright assignment submitted on July 15, 2011, the assignee signing the agreement is AF Films, L.L.C., which is not a party to this case. The plaintiff has submitted no allegation or evidence

which shows any link between AF Holdings, L.L.C. and AF Films, L.L.C. In fact, the Financial Interest Disclosure Statement implies otherwise. See Docket # 2.

Therefore, the court's Order of July 14, 2011, still remains and the plaintiff must **SHOW CAUSE** as to standing to sue within the original ten (10) day limit set by that previous Order. At minimum, the plaintiff needs to submit an amended complaint with appropriate allegations and/or attachments. The "Declaration" submitted on July 15, 2011, and the response submitted on July 18, 2011, are not sufficient to constitute an amendment to the original complaint.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for the plaintiff.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
United States District Judge

Norfolk, Virginia
July 18, 2011

Rebecca Beach Smith
United States District Judge

2