# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 173.50.125.231 | Verizon Online | 2011-04-01 09:53:25 PM |
| 173.50.86.238 | Verizon Online | 2011-05-11 03:25:38 AM |
| 173.66.218.62 | Verizon Online | 2011-04-29 02:52:58 PM |
| 173.66.240.108 | Verizon Online | 2011-04-10 11:01:03 PM |
| 173.66.95.5 | Verizon Online | 2011-05-08 06:16:06 AM |
| 173.71.216.164 | Verizon Online | 2011-04-05 04:17:21 PM |
| 173.72.163.182 | Verizon Online | 2011-04-09 11:53:54 PM |
| 173.73.149.177 | Verizon Online | 2011-05-03 10:11:10 PM |
| 173.73.32.56 | Verizon Online | 2011-04-09 04:47:40 PM |
| 173.73.60.201 | Verizon Online | 2011-04-05 04:46:34 PM |
| 173.79.106.159 | Verizon Online | 2011-04-10 10:06:45 AM |
| 173.79.126.6 | Verizon Online | 2011-04-05 11:34:17 PM |
| 24.125.223.110 | Comcast Cable Communications | 2011-05-01 12:59:37 PM |
| 24.125.242.33 | Comcast Cable Communications | 2011-04-06 12:25:40 PM |
| 24.125.57.110 | Comcast Cable Communications | 2011-04-08 03:46:39 PM |
| 24.127.14.43 | Comcast Cable Communications | 2011-06-09 12:17:01 AM |
| 24.127.64.142 | Comcast Cable Communications | 2011-04-15 01:31:16 AM |
| 67.163.125.248 | Comcast Cable Communications | 2011-04-12 09:18:01 AM |
| 67.166.182.100 | Comcast Cable Communications | 2011-04-09 02:43:56 AM |
| 67.172.214.192 | Comcast Cable Communications | 2011-06-06 04:58:03 AM |
| 68.10.139.63 | Cox Communications | 2011-05-09 06:10:32 PM |
| 68.10.65.151 | Cox Communications | 2011-05-16 05:26:37 PM |
| 68.10.96.77 | Cox Communications | 2011-04-15 10:52:41 PM |
| 68.50.157.117 | Comcast Cable Communications | 2011-04-10 08:23:08 AM |
| 69.137.159.217 | Comcast Cable Communications | 2011-04-02 03:01:50 AM |
| 69.140.122.86 | Comcast Cable Communications | 2011-04-18 08:07:34 PM |
| 69.143.105.8 | Comcast Cable Communications | 2011-04-10 12:11:23 AM |
| 69.143.178.123 | Comcast Cable Communications | 2011-04-08 08:28:43 PM |
| 69.143.58.98 | Comcast Cable Communications | 2011-04-24 07:50:52 AM |
| 69.243.216.117 | Comcast Cable Communications | 2011-04-12 05:30:38 AM |
| 70.161.222.7 | Cox Communications | 2011-04-19 03:06:58 PM |
| 70.174.13.140 | Cox Communications | 2011-04-18 11:00:41 AM |
| 70.179.123.161 | Cox Communications | 2011-04-14 03:59:16 PM |
| 70.183.2.118 | Cox Communications | 2011-05-29 11:24:43 PM |
| 70.187.224.216 | Cox Communications | 2011-06-21 02:39:28 AM |
| 70.187.238.33 | Cox Communications | 2011-04-06 11:12:00 PM |
| 70.188.14.134 | Cox Communications | 2011-05-21 02:26:35 AM |
| 71.197.6.217 | Comcast Cable Communications | 2011-04-09 12:35:18 PM |
| 71.207.157.137 | Comcast Cable Communications | 2011-04-08 08:23:24 PM |
| 71.246.201.162 | Verizon Online | 2011-04-09 02:59:54 PM |
| 71.251.236.250 | Verizon Online | 2011-04-11 06:00:16 AM |
| 71.57.218.235 | Comcast Cable Communications | 2011-04-11 08:17:29 PM |
| 71.62.117.148 | Comcast Cable Communications | 2011-04-11 02:54:34 PM |
| 71.62.159.141 | Comcast Cable Communications | 2011-04-14 03:31:41 AM |
| 71.62.41.201 | Comcast Cable Communications | 2011-04-08 05:35:42 PM |
| 71.62.59.254 | Comcast Cable Communications | 2011-04-01 12:11:18 AM |

| | | |
|---|---|---|
| 71.62.70.15 | Comcast Cable Communications | 2011-04-09 01:28:53 AM |
| 72.196.250.98 | Cox Communications | 2011-04-13 10:59:40 AM |
| 72.205.5.75 | Cox Communications | 2011-04-06 04:14:25 AM |
| 72.205.53.94 | Cox Communications | 2011-04-06 09:33:27 PM |
| 72.218.101.178 | Cox Communications | 2011-04-11 12:47:07 AM |
| 72.219.211.94 | Cox Communications | 2011-05-01 01:49:59 AM |
| 72.219.235.253 | Cox Communications | 2011-04-05 10:56:08 PM |
| 72.83.252.252 | Verizon Online | 2011-04-23 10:44:36 PM |
| 74.110.112.159 | Verizon Online | 2011-04-01 03:33:53 AM |
| 74.110.170.178 | Verizon Online | 2011-05-10 05:13:56 PM |
| 74.110.214.143 | Verizon Online | 2011-05-09 10:39:32 PM |
| 74.96.161.61 | Verizon Online | 2011-04-08 02:37:21 PM |
| 74.98.180.186 | Verizon Online | 2011-04-10 04:34:01 AM |
| 74.99.95.20 | Verizon Online | 2011-04-08 11:07:02 PM |
| 75.75.45.73 | Comcast Cable Communications | 2011-04-28 01:08:02 AM |
| 96.228.62.39 | Verizon Online | 2011-04-01 03:18:38 AM |
| 96.241.75.125 | Verizon Online | 2011-04-01 04:36:17 PM |
| 96.255.244.159 | Verizon Online | 2011-04-23 05:44:24 PM |
| 96.26.65.23 | Clearwire US | 2011-05-26 01:19:11 AM |
| 98.117.67.100 | Verizon Online | 2011-05-21 07:03:37 AM |
| 98.166.17.158 | Cox Communications | 2011-04-12 04:15:54 AM |
| 98.166.243.146 | Cox Communications | 2011-04-14 12:11:33 AM |
| 98.169.104.250 | Cox Communications | 2011-04-01 01:27:22 AM |
| 98.169.206.196 | Cox Communications | 2011-04-16 03:46:30 PM |
| 98.169.227.103 | Cox Communications | 2011-04-01 03:56:16 AM |
| 98.183.161.129 | Cox Communications | 2011-05-11 02:37:09 PM |
| 98.183.217.216 | Cox Communications | 2011-04-08 10:42:23 PM |
| 98.185.23.237 | Cox Communications | 2011-04-12 12:45:02 AM |
| 98.185.50.41 | Cox Communications | 2011-04-08 08:24:55 PM |
| 98.218.14.7 | Comcast Cable Communications | 2011-04-01 10:36:21 AM |
| 98.231.182.235 | Comcast Cable Communications | 2011-05-29 02:35:47 AM |