IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



AF HOLDINGS LLC,
    Plaintiff,

v.                                     Civil Action No. 2:11cv383

JOHN DOES 1 - 77,
    Defendants,

## SHOW CAUSE ORDER

It appears to the Court that no service of the amended complaint on the remaining John Doe defendants has been effected within 120 days of the filing of the complaint. Accordingly, it is hereby

ORDERED that within twenty (20) days of the date of this Order, the plaintiff must show cause, if any, why this civil action should not be dismissed as to the remaining John Doe defendants, pursuant to Fed. R. Civ. P. 4(m).

The Clerk is directed to forward a copy of this Order to counsel of record for plaintiff.

Entered this ____ day of November, 2011

                                                /s/
                                    Rebecca Beach Smith
                                    United States District Judge

                                    Rebecca Beach Smith
                                    United States District Judge