## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

_____

AF HOLDINGS LLC,

        CASE NO. 2:11-CV-00383-RBS-TEM

    Plaintiff,

        Judge: Hon. Rebecca Beach Smith
v.         Magistrate: Hon. Tommy E. Miller

DOES 1 – 77,

    Defendants.

_____

**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE**

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the remaining Doe Defendants in this action without prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendants remaining in this case have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

        Respectfully submitted,

        AF HOLDINGS LLC

**DATED:** November 21, 2011

        By:    /s/ Timothy V. Anderson
        TIMOTHY V. ANDERSON (VSB 43803)
        Anderson & Associates, PC
        2492 N. Landing Road, Suite 104
        Virginia Beach, VA 23456
        Telephone: (757) 301 – 3636
        Facsimile: (757) 301 – 3640
        E-mail: timanderson@virginialawoffice.com
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on November 21, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                              /s/ Timothy V. Anderson
                                              TIMOTHY V. ANDERSON